# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BERNIE RUIZ,<br>　　Petitioner<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br>　　Respondent | )<br>)<br>)<br>)　CIVIL ACTION NO. 3:11-30218 -MAP<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL CASE

### Michael A. Ponsor, D.J.

[ ] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

**JUDGMENT** entered for the respondent United States of America, against the petitioner Bernie Ruiz, pursuant to the court's memorandum and order entered this date, denying the petitioner's motion to vacate.

　　　　　　　　　　　　　　　　　　　**SARAH A. THORNTON**,
　　　　　　　　　　　　　　　　　　　CLERK OF COURT

Dated:　June 18, 2012　　　　　　　　By　/s/ *Maurice G. Lindsay*
　　　　　　　　　　　　　　　　　　　Maurice G. Lindsay
　　　　　　　　　　　　　　　　　　　Deputy Clerk

(Civil Judgment re Pet v. Resp2 (rutine).wpd - 11/98)
[jgm.]